## LAW OFFICES OF ADAM DAYAN
SEE THE ABLE, NOT THE LABEL

222 Broadway, 22nd Floor
New York, New York 10038
Phone: (646) 866-7157
info@dayanlawfirm.com

**Adam Dayan, Esq.**
Amled Pérez, Esq.
Amy Mueller, Esq.

March 14, 2025

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *J.F. et al., v. N.Y.C. Dep't of Educ.*, 24-cv-9480 (RA)(SN)

Dear Judge Abrams:

We represent the Plaintiff in the above-referenced action, wherein we seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

On behalf of the parties, Plaintiff respectfully submits a motion to adjourn the Initial Conference scheduled for April 18, 2025, to May 2, 2025, or a future date convenient to the Court (*See* ECF 10). This is the parties' second request to adjourn the Initial Conference, with the Court granting the first request on January 14, 2025 (*Id.*). Regrettably, the Plaintiff is unavailable on April 18th due to a religious observation. Defendant consents to this request. We apologize for the inconvenience to the Court.

Thank you for considering this submission.

cc: Vivan Rivera Drohan, Esq. (*via* ECF)

Respectfully submitted,

By: /s/ Adam Dayan
Adam Dayan

Application granted.  The conference previously scheduled for April 18, 2025 is hereby adjourned to May 9, 2025 at 1:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 17, 2025